In the Matter of the Claim of JOSEPH LAWRENCE, Respondent, against NEW YORK BUTCHERS DRESSED MEAT COMPANY and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.—Award affirmed, with costs to the State Industrial Board. Hill, P. J., Rhodes, Bliss and Heffernan, JJ., concur; Crapser, J., dissents and votes to reverse the award on the ground that the jurisdiction of the Board was entirely at an end so far as hospital and medical services were concerned when the compensation period was passed.

In the Matter of the Claim of MARY CLEERE, Respondent, against CHESTER FIVE AND TEN CENT FOOD STORES and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Motion for leave to appeal to the Court of Appeals denied. Present — Hill, P. J., McNamee, Crapser, Bliss and Heffernan, JJ.

In the Matter of the Claim of HILDA RUMPF (PETERS), Respondent, against BORN GARAGE CORPORATION and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals denied. Present — Hill, P. J., McNamee, Crapser, Bliss and Heffernan, JJ.

In the Matter of the Claim of HIRAM ROWE, Respondent, against THE BRIAR-CLIFF LODGE HOTEL, INC., and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Motion to amend decision so as to provide for granting of costs to claimant, respondent, denied, without costs. Present — Hill, P. J., McNamee, Crapser, Bliss and Heffernan, JJ.

GEORGE CORY, Respondent, v. FRANK CROCETTI and JAMES WHITEHOUSE, Appellants. GEORGE CORY, Plaintiff, v. ALEXANDER MacCAUL TURNER, Defendant.— Order unanimously affirmed, with ten dollars costs and disbursements. Present — Hill, P. J., Rhodes, McNamee, Crapser and Bliss, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. FEDERAL MOTOR TRUCK COMPANY OF NEW YORK, INC., Relator, v. THOMAS M. LYNCH and Others, as and Constituting the State Tax Commission of the State of New York, Respondents.† — Determination unanimously confirmed, with fifty dollars costs and disbursements. Present — Hill, P. J., Rhodes, McNamee, Crapser and Bliss, JJ.

PAOLO SALAMIDA, Respondent, v. JOHN HANCOCK MUTUAL LIFE INSURANCE COMPANY, Appellant.— Judgment and order unanimously affirmed, with costs, on the authority of *Bible* v. *John Hancock M. L. Ins. Co.* (256 N. Y. 458). Present — Hill, P. J., Rhodes, McNamee, Bliss and Heffernan, JJ. [148 Misc. 702.]